ERIE R. CO. v. BURNS.

(Circuit Court of Appeals, Sixth Circuit. July 5, 1906.)

No. 1,478.

In Error to the Circuit Court of the United States for the Northern District of Ohio.

Cushing & Clarke, for plaintiff in error.

W. S. Anderson & Son and A. W. Jones, for defendant in error.

Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

PER CURIAM. Reversed, with directions to remand to the state court from which it was wrongfully removed. Plaintiff in error will pay costs of this court and of the Circuit Court since removal. This action is upon the authority of Cochran v. Montgomery County, 199 U. S. 260, 26 Sup. Ct. 58, 50 L. Ed. 182, and City of Cleveland v. C., C. & St. L. R. et al. (opinion by this court at this session) 147 Fed. 171.